# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

PAUL PALONE, )
)
On Behalf of Himself and All Others )
Similarly Situated, )
)
                Plaintiffs, )
)
    v. ) Civil No. 11-01269-CV-W-DGK
)
INFINITY STAFFING SOLUTIONS, LLC, )
)
                Defendant. )

## ORDER

In reviewing the docket in this case, the Court noticed that no "Consent to Join" forms have been filed since March 22, 2012. Plaintiffs' Counsel is directed to file with the Court: (1) a complete list of individuals who have consented to become Plaintiffs ("Opt-In Members") in this action; and (2) the completed "Consent to Join" form for each such Opt-In Member, if that Opt-In Members' form is not already on file in this case.[1] The list and completed "Consent to Join" forms shall be filed on or before December 11, 2013.

Plaintiffs' Counsel shall also submit to the Court a final report which: (1) lists each Opt-In Member by name and the net amount that individual received from the settlement; (2) states the aggregate net amount paid to all Opt-In Members under the settlement; (3) states the redemption rate (that is, the number of Collective Action Members who received money from the settlement divided by the number of collective action notices mailed out to Collective Action Members); (4) states the amount of money, if any, which reverted to the Defendant; (5) states the number of Collective Action Members whose claims were rejected for any reason, and (6) for each claim that was rejected, states

---

[1] At present, only three "Consent to Join" forms have been filed in this case.

the reason why the claim was rejected. In lieu of this report, Plaintiffs' Counsel may submit the final report submitted to them by the Claims Administrator, provided the Claims Administrator's report contains the same information. This final report shall be filed on or before December 11, 2013, and should be filed under seal.

**IT IS SO ORDERED.**

Date: November 27, 2013        /s/ Greg Kays
                               GREG KAYS
                               UNITED STATES DISTRICT JUDGE